428 A.2d 676

Commonwealth v. Anderson, Appellant.

Reargument Denied Dec. 24, 1980.

Petition for Allowance of Appeal Denied Aug. 6, 1981.

Submitted November 16, 1979. G. William Bills, Jr., for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.